```
                                                        CLERK'S OFFICE U.S. DIST COURT
                                                              AT ROANOKE, VA
                                                                  FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JAN 23 2008

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| JONATHAN LEE RICHES, )<br>    Plaintiff, ) | Civil Action No. 7:08-cv-00030 |
| )<br>v. ) | **FINAL ORDER** |
| )<br>FLESCHNER, et al., )<br>    Defendants. ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Riches' complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); Riches' request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23rd day of January, 2008.

_____
United States District Judge